**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: April 27, 2026**

_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 1-26-10527-11 |
| Sparhawk LLC, *et al.*[1] | ) | Chapter 11 Proceedings |
| | ) | Jointly Administered |
| Debtors. | ) | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the Order granting WoodTrust Bank's Motion to Appoint a Chapter 11 Trustee and it appearing that Matthew Brash, a disinterested person within the meaning of 11 U.S.C. §101(14), has been appointed by the United States Trustee as the Chapter 11 trustee in the above-captioned case, and after due deliberation and sufficient cause,

IT IS HEREBY ORDERED that the appointment of Matthew Brash, as Chapter 11 trustee, is approved in this bankruptcy case, and the three other jointly administered cases, pursuant to 11 U.S.C. §1104(d).

### ###

---

[1] Jointly administered with Sparhawk Properties LLC (Case No. 26-10528-11), Sparhawk Trucking, Inc. (Case No. 26-10529-11) and Sparhawk Truck and Trailer, Inc. (Case No.26-10530-11). This order applies to all four debtors.